Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
208 Pine St.
Floyd, VA 24091
Telephone: 540-745-2519
Fax: 931-964-3127
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DAWN SAMPLES | 6:13-CV-01679-AA |
| Plaintiff, | |
| v. | ORDER FOR EAJA ATTORNEY FEES |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based upon the stipulation of the parties, the Court orders the Commissioner of Social Security Administration to pay Equal Access to Justice Award (EAJA) attorney fees in the amount of $7,138.31 for attorney fees to Alan Graf, Plaintiff's attorney at 208 Pine St. Floyd, VA 24091 unless there is an offset of fees indicated under <u>Astrue v. Ratliff</u>, 560 US 586 (2010). In which case, the Commissioner shall subtract the fees owed and pay the remaining amount, if any, to Plaintiff's attorney.

It is so ORDERED

Dated this 27 day of May 2015

_____
United States Chief Judge

Prepared as to form

/s/ Alan Graf
Attorney for Plaintiff

ORDER FOR EAJA FEES